**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:       In re Miguel Zaragoza Fuentes

Appellate case number:   01-14-00624-CV

Trial court case number:  2014-30215

Trial court:                       245th District Court of Harris County

On July 25, 2014, relator Miguel Zaragoza Fuentes filed a petition for writ of mandamus challenging the trial court's July 14, 2014 order denying relator's special appearance. The Court requests a response to the petition for writ of mandamus from the real party in interest. It is **ordered** that the response of any interested party shall be due no later than **Friday, August 15, 2014**.

It is so ORDERED.

Judge's signature:  /s/ Jane Bland
                              ☑ Acting individually      ☐ Acting for the Court

Date:  July 25, 2014